FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 20, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　-vs-<br><br>JERONIMO BARRAGAN NAVA,<br><br>　　　　　　　　　Defendant. | No.　2:09-CR-6039-WFN-1<br><br>ORDER DENYING MOTION FOR COMPASSIONATE RELEASE |

Pending before the Court is Defendant's *construed* Motion for Compassionate Release. ECF No. 562. The Court denied Defendant's previous motion seeking compassionate release. ECF No. 561. Since that time, there is no evidence that Defendant exhausted his renewed claim for compassionate release. Since Defendant has not exhausted his claims, his request is denied. The Court has reviewed the file and Motion and is fully informed. Accordingly,

**IT IS ORDERED** that Defendant's construed Motion for Compassionate Release, filed on May 7, 2021, **ECF No. 562**, is **DENIED**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 20th day of May, 2021.

05-19-21

　　　　　　　　　　　　　　　　WM. FREMMING NIELSEN
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER